UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                                                          ) | |
|         vs.                                              ) | No. IP 03-107-CR-02-T/F |
|                                                          ) | 1:05-cv-1608-JDT-WTL |
| JES ALEN CRISTE,                          ) | |
|                                                          ) | |
|         Defendant.                          ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for relief pursuant to 28 U.S.C. § 2255 is denied, and that the defendant take nothing by his action docketed as 1:05-cv-1608-JDT-WTL.

Date: 3/13/2006

Laura Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By: Deputy Clerk

Distribution:

Jes Alen Criste
#37229-048
Federal Correctional Institution
P.O. Box 6000
Florence, CO   81226-6000

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048